# United States Bankruptcy Court
## Southern District of Florida

In re   **Tamarac 10200, LLC**  
_____  
Debtor(s)

Case No. _____  
Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Tamarac 10200, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**International Supply Group Corp.**
**1430 S. Dixie Highway, Ste. 321**
**Coral Gables, FL 33146**

**Raimundo Jose Santamarta**
**1500 Island Boulevard**
**Aventura, FL 33160**

☐ None [*Check if applicable*]

**December 7, 2020**
Date

**/s/ Paul Steven Singerman**
**Paul Steven Singerman 378860**
Signature of Attorney or Litigant
Counsel for   **Tamarac 10200, LLC**
**Berger Singerman LLP**
**1450 Brickell Avenue**
**Suite 1900**
**Miami, FL 33131**
**305-755-9500 Fax:305-714-4340**
**singerman@bergersingerman.com**