# United States Bankruptcy Court
## Southern District of Florida

In re: **Tamarac 10200, LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **International Supply Group Corp.**<br>**1430 S. Dixie Highway, Ste. 321**<br>**Coral Gables, FL 33146** | **Membership Units** | 100 | Equity |
| **Raimundo Jose Santamarta**<br>**1500 Island Boulevard**<br>**Aventura, FL 33160** | **Membership Units** | 900 | Equity |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: **December 7, 2020**

Signature: **/s/ Neil F. Luria**
**Neil F. Luria**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.