UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

TAMARAC 10200, LLC and          Case No. _____
UNIPHARMA, LLC,                 Case No. _____

       Debtors[1].           Chapter 11 Cases
                                (Joint Administration Pending)

_____/

### DEBTORS' *EX PARTE* MOTION FOR AUTHORIZATION TO FILE CONSOLIDATED CHAPTER 11 CASE MANAGEMENT SUMMARY

Tamarac 10200, LLC ("Tamarac") and Unipharma, LLC ("Unipharma", and together with Tamarac, collectively, the "Debtors") by and through their proposed undersigned counsel, file this *Debtors' Ex Parte Motion for Authorization to File Consolidated Chapter 11 Case Management Summary* (the "Motion"). The Motion, filed on an *ex parte* basis, seeks authorization for the Debtors to file a consolidated *Chapter 11 Case Management Summary*. In support of this Motion, the Debtors rely upon the *Declaration of Neil F. Luria in Support of Chapter 11 Petitions and First Day Pleadings* (the "First Day Declaration") which has been filed with the Court on the date hereof and incorporated herein by reference and respectfully represent as follows:

### Jurisdiction and Venue

1.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.    Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

---

[1] The last four digits of each Debtor's federal tax identification number are Tamarac 10200, LLC (2050) and Unipharma, LLC (8962). The address of the Debtors is 10200 N.W. 67th Street, Tamarac, FL 33321.

10143702-2

3.	The statutory predicates for the relief sought herein are sections 105(a), 1107(a) and 1108 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

## Procedural Background

4.	On the date hereof (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

5.	The Debtors are operating their businesses and managing their affairs as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

6.	For a detailed description of the Debtors and their operations, the Debtors respectfully refer the Court and parties in interest to the First Day Declaration.

## Relief Requested

7.	In accordance with Local Rule 2081-1(B), the debtor in possession in a chapter 11 case is directed to file with the Court, within the earlier of three business days after relief is entered, or one business day prior to the date of the first scheduled hearing, a *Chapter 11 Case Management Summary* (the "Case Management Summary") providing certain information regarding the assets, liabilities and financial affairs of chapter 11 debtors.

8.	The Debtors have each filed in their respective chapter 11 cases, *ex parte* motions seeking joint administration of these chapter 11 cases.

9.	By this Motion, the Debtors respectfully request that the Court authorize them to file a consolidated Case Management Summary, reflecting the asset, liability and financial information of each of the Debtors. The Debtors request authority to file a consolidated Case Management Summary, as the filing of a separate Case Management Summary for each of the Debtors would be burdensome. In addition, much of the information contained in the Case Management Summary is either duplicative or solely applies to Unipharma, which is the

operating company, and the filing of a consolidated Case Management Summary is more efficient and will provide the Court and parties-in-interest with a more accurate financial picture of the Debtors.

**WHEREFORE**, the Debtors respectfully request the entry of an Order in the form attached hereto as **Exhibit "A"** (i) granting the requested relief; (ii) authorizing the Debtors to file a consolidated Case Management Summary, with the reservation of the right of the U.S. Trustee to request that the Debtors each prepare and file a separate Case Management Summary should the U.S. Trustee deem it necessary; and (iii) granting such other and further relief as the Court deems just and proper.

Dated:  December 7, 2020

Respectfully submitted,

BERGER SINGERMAN LLP
*Proposed Counsel for Debtors in Possession*
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340

By:   /s/ *Christopher Andrew Jarvinen*
          Paul Steven Singerman
          Florida Bar No. 0378860
          singerman@bergersingerman.com
          Christopher Andrew Jarvinen
          Florida Bar No. 21745
          cjarvinen@bergersingerman.com

**EXHIBIT "A"**
**(PROPOSED ORDER)**

10143702-2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

TAMARAC 10200, LLC and    Case No. _____
UNIPHARMA, LLC,    Case No. _____

      Debtors[1].    Chapter 11 Cases
    (Joint Administration Pending)

_____/

**ORDER GRANTING DEBTORS'** *EX PARTE* **MOTION FOR AUTHORIZATION TO FILE CONSOLIDATED CHAPTER 11 CASE MANAGEMENT SUMMARY**

**THIS MATTER** having come before the Court, without a hearing, upon the *Debtors' Ex Parte Motion for Authorization to File Consolidated Chapter 11 Case Management Summary* [ECF No. __] (the "Motion") filed by the above-captioned debtors in possession (collectively, the "Debtors"). The Motion, filed on an *ex parte* basis, seeks entry of an order authorizing the Debtors to file a consolidated Case Management Summary. The Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this

---

[1] The last four digits of each Debtor's federal tax identification number are Tamarac 10200, LLC (2050) and Unipharma, LLC (8962). The address of the Debtors is 10200 N.W. 67th Street, Tamarac, FL 33321.

10143720-2

is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), and that this Court may enter a final order consistent with Article III of the Constitution; (iii) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (iv) the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors and other parties in interest; (v) notice of the Motion was appropriate under the circumstances and no other notice need be provided; and (vi) upon review of the record before the Court, including the legal and factual bases set forth in the Motion and the First Day Declaration, good and sufficient cause exists to grant the relief requested.  Accordingly, it is

    **ORDERED** that:

1.        The Motion is **GRANTED**.

2.        The Debtors are authorized to file a consolidated Case Management Summary, with the reservation of the right of the U.S. Trustee to request that the Debtors each prepare and file a separate Case Management Summary should the U.S. Trustee deem it necessary.

3.        The Court shall retain jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

#   #   #

Submitted by:
Christopher Andrew Jarvinen, Esq.
cjarvinen@bergersingerman.com
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340

*(Christopher Andrew Jarvinen, Esq. is directed to serve a copy of this order on interested parties and file with the Court a certificate of service.)*