UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

TAMARAC 10200, LLC and                     Case No. 20-23346-PDR
UNIPHARMA, LLC,                             Case No. 20-23348-PDR

       Debtors[1].                              Chapter 11 Cases
                                                         (Jointly Administered)
_____/

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF NOTICES AND PAPERS**

PLEASE TAKE NOTICE that the attorneys set forth below hereby appear on behalf of the DIP Lender, the Senior Secured Lender, and the Stalking Horse Bidder (collectively, the "**DIP Lender, First Lien Lender & Stalking Horse Bidder**"), and demand, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Sections 1109(b) and 342 of Title 11 of the United States Code, as amended, that all notices given in the above-captioned cases and all papers served or required to be served in the above-captioned cases be given to and served upon the undersigned counsel at the addresses set forth below:[2]

| | |
|---|---|
| Stacy Nettleton (*pro hac vice* pending) | Edward Soto |
| Jonathan D. Polkes (*pro hac vice* pending) | Lauren Z. Alexander |
| Ray C. Schrock, P.C. (*pro hac vice* pending) | |
| Alexander W. Welch (*pro hac vice* pending) | |
| **WEIL, GOTSHAL & MANGES LLP** | **WEIL, GOTSHAL & MANGES LLP** |
| 767 Fifth Avenue | 1395 Brickell Avenue, Suite 1200 |
| New York, NY 10153 | Miami, FL 33131 |
| Telephone: (212) 310-8000 | Telephone: (305) 577-3100 |
| Facsimile: (212) 310-8007 | Facsimile: (305) 374-7159 |

---

[1] The last four digits of each Debtor's federal tax identification number are Tamarac 10200, LLC (2050) and Unipharma, LLC (8962). The address of the Debtors is 10200 N.W. 67th Street, Tamarac, FL 33321.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the various first-day pleadings.

Email: stacy.nettleton@weil.com  
jonathan.polkes@weil.com  
ray.schrock@weil.com  
alexander.welch@weil.com

Email: edward.soto@weil.com  
lauren.alexander@weil.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, electronic mail or otherwise.

PLEASE TAKE FURTHER NOTICE that this appearance and demand for notice is neither intended as nor is it a consent of the DIP Lender, First Lien Lender & Stalking Horse Bidder to the jurisdiction and/or venue of the Bankruptcy Court nor, specifically, but not limited to, a waiver of (i) the DIP Lender, First Lien Lender & Stalking Horse Bidder's right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto, (ii) the DIP Lender, First Lien Lender & Stalking Horse Bidder's right to have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution, (iii) the DIP Lender, First Lien Lender & Stalking Horse Bidder's right to have the reference withdrawn by the District Court in any case, proceeding, matter or controversy subject to mandatory or discretionary withdrawal or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which the DIP Lender, First Lien Lender & Stalking Horse Bidder is or may be entitled to under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments the DIP Lender, First Lien Lender & Stalking Horse Bidder expressly reserves.

Dated: December 9, 2020

/s/ Edward Soto
Edward Soto (No. 265144)
Lauren Z. Alexander (No. 58044)
**WEIL, GOTSHAL & MANGES LLP**
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Telephone:  (305) 577-3100
Facsimile:   (305) 374-7159
Email: edward.soto@weil.com
         lauren.alexander@weil.com

- and -

Stacy Nettleton (*pro hac vice* pending)
Jonathan D. Polkes (*pro hac vice* pending)
Ray C. Schrock, P.C. (*pro hac vice* pending)
Alexander W. Welch (*pro hac vice* pending)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007
Email:   stacy.nettleton@weil.com
         jonathan.polkes@weil.com
         ray.schrock@weil.com
         alexander.welch@weil.com

*Attorneys for DIP Lender, First Lien Lender & Stalking Horse Bidder*

**CERTIFICATE OF SERVICE**

I, Edward Soto, hereby certify that on December 9, 2020 I caused a copy of the foregoing *Notice of Appearance and Demand for Service of Notices and Papers* to be served upon the following parties in the manner indicated.

<u>Via Hand Delivery</u>
Guy A. Van Baalen
OFFICE OF THE UNITED STATES TRUSTEE
51 S.W. 1st Ave., Suite 1204
Miami, FL 33130

<u>Via Hand Delivery</u>
Christopher A Jarvinen
Paul Steven Singerman
BERGER SINGERMAN LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131

/s/ Edward Soto
Edward Soto (No. 265144)