UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

| | |
|---|---|
| TAM WINDDOWN LLC and<br>UP WINDDOWN LLC, | Case No. 20-bk-23346-PDR<br>Case No. 20-bk-23348-PDR |
| Debtors.[1] | Chapter 11 Cases<br>(Jointly Administered) |

_______________________________/

**FINAL REPORT AND MOTION FOR ENTRY OF FINAL DECREE**

Neil F. Luria, solely in his capacity as the Liquidating Trustee and not in his individual capacity (the "Liquidating Trustee") under the terms of the UP Winddown Liquidating Trust (the "Liquidating Trust"), for the bankruptcy estates of TAM Winddown LLC (f/k/a Tamarac 10200, LLC, "Tamarac") and UP Winddown LLC (f/k/a Unipharma, LLC, "Unipharma", and together with Tamarac, collectively the "Debtors" or the "Winddown Estates"), by and through the undersigned attorneys, and pursuant to the Liquidating Trust, the *Order Confirming the Debtors' Amended Joint Plan of Liquidation with Technical Modifications, dated February 17, 2021* [ECF No. 496] (the "Confirmation Order"),[2] section 350 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3022 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Local Rule 3022-1(A), files this *Final Report and Motion for Entry of Final Decree* (the "Final Report") and respectfully represents:

1. On December 7, 2020 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

---

[1] The last four digits of each Winddown Estate's federal tax identification number are TAM Winddown LLC (2050) and UP Winddown LLC (8962). The address of the Winddown Estates is c/o SOLIC Capital Advisors, LLC, 425 West New England Avenue, Suite 300, Winter Park, Florida 32789.

[2] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in, as applicable, the Confirmation Order or the Plan (defined herein).

2. On March 19, 2021, the Court entered the Confirmation Order which confirmed the *Debtors' Amended Joint Plan of Liquidation with Technical Modifications* dated February 17, 2021 [ECF No. 401] (the "Plan").

3. On May 21, 2021, the Plan became effective [ECF No. 578] (the "Effective Date").

4. On November 2, 2021, the Plan Administrator[3] filed the *Plan Administrator's Motion for Approval of Distribution to Holders of Allowed General Unsecured Creditors in Class 5 of the Plan* [ECF No. 633] (the "Class 5 Distribution Motion").

5. On December 2, 2021, the Court entered its order granting the Class 5 Distribution Motion [ECF No. 652] (the "Class 5 Distribution Order").

6. Pursuant to the Plan and the Class 5 Distribution Order, the Plan Administrator made a *pro rata* distribution of $620,000.00 during December, 2021 to the holders of allowed General Unsecured Claims under Class 5 of the Plan. Attached as Exhibit "A" hereto is a distribution report detailing such *pro rata* distribution of $620,000.00.

7. The $620,000.00 *pro rata* distribution represented approximately 17.6% of the combined amount of all Allowed General Unsecured Claims in Class 5, and is materially higher than the estimated distribution range of between 9.4% to 13.8% set forth in the Debtors' disclosure statement and liquidation analysis. *See* ECF No. 193 (Disclosure Statement) at ECF p. 18 out of 90 ECF pages; ECF No. 221 (Liquidation Analysis) at ECF p. 11 out of 11 ECF pages.

8. The deposit in the amount of $620,000.00 described in the *Debtors' Certificate of Proponents of Plan on Acceptance of Plan, Report on Amount to be Deposited, Certificate of*

---

[3] Mr. Luria served as the Plan Administrator.

*Amount Deposited and Payment of Fees* [ECF No. 461, ¶ 10] has been fully disbursed pursuant to the terms of the Plan and the Class 5 Distribution Order.

9. The matters to be fulfilled or completed upon the Effective Date of the Plan have been fulfilled or completed.

10. In accordance with the terms of the Plan, as applicable, each of the Plan Administrator and the Liquidating Trustee has taken the necessary actions to dissolve, liquidate, strike off or take such similar action with respect to each Winddown Estate and complete the wind down of the Winddown Estates.

11. There are no longer any pending adversary proceedings or contested matters which would affect the substantial consummation of the Plan, and the Plan has been substantially consummated.

12. All administrative claims and expenses have been paid in full, or appropriate arrangements have been made for the full payment thereof.

13. A summary of fees and expenses is as follows:

| | |
|---|---|
| $ 2,175,600 | Fees and Expenses for Attorney for Debtors<br>(Petition Date through the Date of this Final Report) |
| $ 167,340 | U.S. Trustee (fees required by 28 U.S.C. § 1930) |
| $ 3,760 | Clerk of Court (fees required by 28 U.S.C. § 1930) |
| $ 4,338,097 | Other Professionals<br>(Petition Date through the Date of this Final Report) |
| $11,886,120 | ALL expenses, including Trustee's<br>(Petition Date through the Date of this Final Report)[4] |

[4] This amount consists of all disbursements made by, as applicable, the Debtors, the Winddown Estates or the Liquidating Trust, from the Petition Date through the date of this Final Report, including all separately itemized expenses listed above.

**WHEREFORE**, the Liquidating Trustee respectfully requests that this Court enter a final decree and close these fully administered jointly-administered chapter 11 cases, as well as granting any further relief which the Court deems just and proper.

**I HEREBY CERTIFY** that a true and correct copy of this report and attachments were served electronically through the Court's CM/ECF system upon all parties registered to receive electronic notice in this case as reflected on the attached Electronic Mail Notice List on this 18th day of January, 2022.

Dated: January 18, 2022

Respectfully submitted,

BERGER SINGERMAN LLP
*Counsel for the Liquidating Trustee*
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340

By: */s/ Christopher Andrew Jarvinen*
Paul Steven Singerman
Florida Bar No. 21745
singerman@bergersingerman.com
Christopher Andrew Jarvinen
Florida Bar No. 21745
cjarvinen@bergersingerman.com

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Joseph E Altschul jea@bellsouth.net, anna@jealegal.com
- Brett M Amron bamron@bastamron.com, mdesvergunat@bastamron.com,jmiranda@bastamron.com,kjones@bastamron.com
- Scott Andron sandron@broward.org, swulfekuhle@broward.org
- Eric N Assouline ena@assoulineberlowe.com, ah@assoulineberlowe.com
- Paul A Avron pavron@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;mmorgan@bergersingerman.com
- Jeffrey P. Bast jbast@bastamron.com, jdepina@bastamron.com;kjones@bastamron.com;jmiranda@bastamron.com;mdesvergunat@bastamron.com
- Chase A Berger bknotifications@ghidottiberger.com, gbadmin@ecf.courtdrive.com;rbecker@ghidottiberger.com
- Lissette M Carreras LCARRERAS@BASTAMRON.COM, jmiranda@bastamron.com
- Adisley M Cortez Rodriguez Adisley.M.Cortez-Rodriguez@usdoj.gov
- Morgan B. Edelboim morgan@elrolaw.com, eservice@elrolaw.com;tisha@elrolaw.com,edan@elrolaw.com
- Maria I. Escoto-Castiello Maria@mec-lawfirm.com
- Melbalynn Fisher mfisher@ghidottiberger.com, bknotifications@ghidottiberger.com
- Gavin Gaukroger ggaukroger@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;vbarthelemy@bergersingerman.com
- Alan C Hochheiser ahochheiser@mauricewutscher.com, 8371350420@filings.docketbird.com
- Phillip M. Hudson III pmhudson@duanemorris.com, gagosto@duanemorris.com;jfgarcia@duanemorris.com;mlswing@duanemorris.com;AutoDocketMIA@duanemorris.com;mbates@duanemorris.com
- Christopher A Jarvinen cjarvinen@bergersingerman.com, mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- Jaime Burton Leggett jleggett@bastamron.com, jmiranda@bastamron.com,mdesvergunat@bastamron.com
- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
- Heather L. Ries hries@foxrothschild.com, ralbert@foxrothschild.com
- Paul Steven Singerman singerman@bergersingerman.com, mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- Edward Soto edward.soto@weil.com, ann.merlin@weil.com;edward-soto-1991@ecf.pacerpro.com
- Raychelle A Tasher Raychelle.Tasher@usdoj.gov, Milton.Pacheco@usdoj.gov;Shannon.Patterson@usdoj.gov
- XClaim (Vollenhals) ryan@x-claim.com
- Robert Zarco rzarco@zarcolaw.com
- Andrew D. Zaron azaron@leoncosgrove.com, eperez@leoncosgrove.com

**<u>Exhibit A</u>**

***Distributions to Holders of Allowed General Unsecured Claims in Class 5***

# EXHIBIT B

## Proposed Distribution to Holders of Allowed General Unsecured Claims in Class 5

| No. | Creditor/Claimant | | Allowed General Unsecured Claim ($) | Proposed Distribution ($) |
|---|---|---|---|---|
| 1 | 1000Bulbs | | 110.00 | 19.37 |
| 2 | A.M.R.P. Handels AG | | 335,644.72 | 59,116.48 |
| 3 | Accutech Instrumentation, Inc. | | 2,493.98 | 439.26 |
| 4 | Adams Air & Hydraulics, Inc | | 720.00 | 126.81 |
| 5 | AEC, Inc | | 1,878.00 | 330.77 |
| 6 | Aerotek, Inc. | | 41,053.45 | 7,230.67 |
| 7 | AGC Electric Inc. | | 411,720.96 | 72,515.65 |
| 8 | Akerman LLP | | 13,578.00 | 2,391.47 |
| 9 | Allied Electronics Automation | | 2,523.68 | 444.49 |
| 10 | Amanda Vivas Consulting LLC, | | 500.00 | 88.06 |
| 11 | AmeriGas | | 56.00 | 9.86 |
| 12 | Ametek Mocon | | 12,220.00 | 2,152.29 |
| 13 | Ampersand | | 28,759.00 | 5,065.27 |
| 14 | Amphenol Thermometrics, Inc. | | 3,343.24 | 588.84 |
| 15 | Andersen Material Handling | | 1,238.34 | 218.11 |
| 16 | ANF Group | | 31,694.00 | 5,582.21 |
| 17 | Apex Vending Inc. | | 624.00 | 109.90 |
| 18 | Arcoat Coatings Company | | 1,000.00 | 176.13 |
| 19 | Astro Pak Corporation | | 23,030.00 | 4,056.23 |
| 20 | AT&T | | 382.00 | 67.28 |
| 21 | B&O Constructors, Inc. | | 1,815.00 | 319.67 |
| 22 | Beckman Coulter | | 4,020.64 | 708.15 |
| 23 | BR Supply | | 20,023.25 | 3,526.66 |
| 24 | Bram-Cor Pharmaceutical Technologies | | 300,000.00 | 52,838.44 |
| 25 | Burkert Contromatic Corp. | | 1,351.00 | 237.95 |
| 26 | Bushidocommerce | | 14,279.00 | 2,514.93 |
| 27 | Cardinal Health 110, LLC | | 4,450.62 | 783.88 |
| 28 | Caron Products & Services Inc | | 108.00 | 19.02 |
| 29 | Carter Baldwin | | 80,639.00 | 14,202.80 |
| 30 | Chase Cardmember Services | | 6,470.58 | 1,139.65 |
| 31 | City of Tamarac | | 9,623.00 | 1,694.88 |
| 32 | Clayton Industries | | 63.00 | 11.10 |
| 33 | Clear Channel Outdoor | | 39,003.00 | 6,869.53 |
| 34 | Coastal Industrial Products | | 744.00 | 131.04 |
| 35 | Cole Parmer | | 151.00 | 26.60 |
| 36 | Comcast Business | | 205.00 | 36.11 |
| 37 | Comp-Air Service Co | | 478.00 | 84.19 |
| 38 | Conavenca | | 6,837.00 | 1,204.19 |
| 39 | Cornerstone Scientific | | 1,112.00 | 195.85 |
| 40 | CumminsWagner Co. Inc. | | 226.00 | 39.80 |
| 41 | CVS Pharmacy, Inc. (trade debt) | | 251,375.41 | 44,274.28 |
| 42 | Debon Air Mechanical | | 93,000.00 | 16,379.92 |
| 43 | DiCentral Corporation | | 895.00 | 157.63 |
| 44 | Ecolab, Inc. | | 7,550.00 | 1,329.77 |
| 45 | Edgar Arrieta (alleged bonus) | | 77,307.00 | 13,615.94 |
| 46 | EMD Millipore Corporation | | 4,756.00 | 837.67 |
| 47 | Eurofins Food Chemistry Testing Madison INC | | 1,303.00 | 229.49 |
| 48 | Evarista Cardona (alleged severance) | | 97,712.30 | 17,209.89 |
| 49 | Evoqua Water Technologies | | 202.00 | 35.58 |
| 50 | F&S Enterprises | | 608.00 | 107.09 |
| 51 | Fedex | | 1,019.00 | 179.47 |

**EXHIBIT B**

**Proposed Distribution to Holders of Allowed General Unsecured Claims in Class 5**

| No. | Creditor/Claimant | | Allowed General Unsecured Claim ($) | Proposed Distribution ($) |
|---|---|---|---|---|
| 52 | FESTO corporation | | 564.00 | 99.34 |
| 53 | Filtechsys Inc. | | 1,452.00 | 255.74 |
| 54 | Fisher Scientific | | 879.00 | 154.82 |
| 55 | Fona International | | 1,636.32 | 288.20 |
| 56 | FPL | | 20,169.06 | 3,552.34 |
| 57 | Google | | 1,289.00 | 227.03 |
| 58 | Grainger | | 1,717.20 | 302.45 |
| 59 | HACH Company | | 1,952.00 | 343.80 |
| 60 | Halodine LLC | | 200,000.00 | 35,225.63 |
| 61 | Harmony Environmental, Inc. | | 11,876.00 | 2,091.70 |
| 62 | Harris & Ford LLC | | 8,195.00 | 1,443.37 |
| 63 | Home Depot | | 4,338.00 | 764.04 |
| 64 | IDEXX Distribution, Inc. | | 595.00 | 104.80 |
| 65 | IFM Efector Inc | | 1,085.00 | 191.10 |
| 66 | IHEARTMEDIA | | 15,000.00 | 2,641.92 |
| 67 | INK | | 370,734.00 | 65,296.69 |
| 68 | Inox Stainless Specialist | | 4,700.00 | 827.80 |
| 69 | J.C. White Architectural Interior Products | | 1,259.00 | 221.75 |
| 70 | JC Ehrlich Co. Inc | | 1,432.72 | 252.34 |
| 71 | Johnson Controls,Inc. | | 725.00 | 127.69 |
| 72 | Jose Luis Rodriguez (El Puma) | | 75,000.00 | 13,209.61 |
| 73 | Jose M. Alvarado Landscaping | | 2,900.00 | 510.77 |
| 74 | KHOU-TV | | 22,419.00 | 3,948.62 |
| 75 | Kings III Of America, Inc | | 56.00 | 9.86 |
| 76 | Law Offices of Ralph D.Chabot | | 2,993.89 | 527.31 |
| 77 | LF of America Corp | | 510.00 | 89.83 |
| 78 | Lope Alejandro Tapia | | 14,700.00 | 2,589.08 |
| 79 | Malvern Panalytical Inc. | | 1,283.00 | 225.97 |
| 80 | Marko Magolnick Attorneys at Law | | 14,799.00 | 2,606.52 |
| 81 | McMaster-Carr | | 3,154.00 | 555.51 |
| 82 | Medical Technology Associates Inc | | 2,709.00 | 477.13 |
| 83 | Metrohm USA | | 6,610.00 | 1,164.21 |
| 84 | Mettler Toledo LLC | | 2,812.00 | 495.27 |
| 85 | Miami Insurance Brokers | | 8,510.00 | 1,498.85 |
| 86 | Microbiologics, Inc | | 1,139.00 | 200.61 |
| 87 | Microconsult., Inc | | 5,415.00 | 953.73 |
| 88 | Microgenics Corporation | | 347.00 | 61.12 |
| 89 | Midsea, Inc. | | 763.05 | 134.39 |
| 90 | Midwest Production Supply | | 2,249.00 | 396.11 |
| 91 | Monkey Films | | 8,200.00 | 1,444.25 |
| 92 | Mountain Filtration Systems | | 4,258.00 | 749.95 |
| 93 | MSM Packaging Solutions | | 1,356.82 | 238.97 |
| 94 | Office Depot | | 690.00 | 121.53 |
| 95 | P&M Sheet Metal Corp. | | 575.00 | 101.27 |
| 96 | Pace Analytical | | 1,010.00 | 177.89 |
| 97 | Pall Corporation | | 1,571.00 | 276.70 |
| 98 | Pallet Consultants Corp | | 3,600.00 | 634.06 |
| 99 | PCA Corrugated & Display, LLC | | 2,210.00 | 389.24 |
| 100 | Pedro Gallinar & Associates PA | | 18,400.00 | 3,240.76 |
| 101 | Perkin Elmer | | 7,106.00 | 1,251.57 |
| 102 | Pharmaloop | | 1,684.00 | 296.60 |
| 103 | Pinkerton Consulting & Investigation, Inc | | 4,734.00 | 833.79 |

**EXHIBIT B**

**Proposed Distribution to Holders of Allowed General Unsecured Claims in Class 5**

| No. | Creditor/Claimant | | Allowed General Unsecured Claim ($) | Proposed Distribution ($) |
|---|---|---|---|---|
| 104 | Process Technologies, Inc | | 5,544.00 | 976.45 |
| 105 | Quality Chemical Laboratories | | 6,198.00 | 1,091.64 |
| 106 | Quill | | 1,428.14 | 251.54 |
| 107 | Quinn Emanuel Urquhart & Sullivan, LLP | | 13,350.00 | 2,351.31 |
| 108 | Ready Refresh by Nestle | | 96.00 | 16.91 |
| 109 | Red Wing Shoes | | 375.00 | 66.05 |
| 110 | REMEL Inc | | 1,066.00 | 187.75 |
| 111 | Resources Global Professionals | | 37,002.92 | 6,517.26 |
| 112 | Ritz Safety, LLC | | 174.60 | 30.75 |
| 113 | Rommelag | | 272,463.50 | 47,988.49 |
| 114 | RPT Locking & Security Ent. | | 1,359.00 | 239.36 |
| 115 | Salvat | | 106,515.00 | 18,760.29 |
| 116 | Securitas Security Services USA | | 18,489.60 | 3,256.54 |
| 117 | Sherwin Williams | | 811.00 | 142.84 |
| 118 | Shred-It USA | | 855.00 | 150.59 |
| 119 | Sigma-Aldrich | | 1,602.11 | 282.18 |
| 120 | Sora Labs | | 430.00 | 75.74 |
| 121 | Spectrum Chemical MFG Corp. | | 665.00 | 117.13 |
| 122 | Spectrum Packaging Corp | | 13,567.00 | 2,389.53 |
| 123 | Star Process and Control, LLC | | 548.00 | 96.52 |
| 124 | Stericycle Expert Solutions | | 643.00 | 113.25 |
| 125 | Steris Corporation | | 573.00 | 100.92 |
| 126 | Stilmas Americas Inc. | | 7,189.55 | 1,266.28 |
| 127 | Syntegon Technology Services, LLC | | 68,897.58 | 12,134.80 |
| 128 | The Creative Hub LLC | | 38,928.00 | 6,856.32 |
| 129 | The Stamp Maker | | 144.00 | 25.36 |
| 130 | Thomas Scientific | | 230.44 | 40.59 |
| 131 | Trescal, Inc. | | 3,846.00 | 677.39 |
| 132 | ULine | | 12,924.38 | 2,276.35 |
| 133 | U.S. Department of State | | 16.00 | 2.82 |
| 134 | United States Plastic Corp. | | 2,437.34 | 429.28 |
| 135 | Univar USA | | 443.00 | 78.02 |
| 136 | UPS Freight | | 1,395.00 | 245.70 |
| 137 | UPS Package | | 4,567.00 | 804.38 |
| 138 | UPS Supply Chain Solutions, Inc. | | 6,729.00 | 1,185.17 |
| 139 | USF Fabrication Inc. | | 13.00 | 2.29 |
| 140 | Venair, INC. | | 2,595.00 | 457.05 |
| 141 | VWR International | | 36,725.11 | 6,468.33 |
| 142 | Waters Technologies Corporation | | 25,922.00 | 4,565.59 |
| 143 | WB Mason | | 1,026.78 | 180.84 |
| 144 | WFOR-TV | | 7,395.00 | 1,302.47 |
| 145 | William R. Nash | | 675.00 | 118.89 |
| 146 | Wright Express - Shell | | 173.00 | 30.47 |
| 147 | Yorkshire Building Services | | 582.00 | 102.51 |
| 148 | YRC Freight | | 296.00 | 52.13 |
| | **TOTAL** | | 3,520,164.28 | 620,000.00 |